```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
```

FILED

SEP 30 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>    v.                            )<br>                                  )<br>JAMAL KAREEM WARREN,              )<br>MARIO LONDELL BOYD, and           )<br>ASHLEY NICOLE EVON,               )<br>                                  )<br>            Defendants.           )<br>_____) | CR. NO. 2 10 - ⋈ - 424 WBS<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the first defendant or until further order of the Court.

DATED:  Sept. 30, 2010

~~EDMUND F. BRENNAN~~ KENDALL J. NEWMAN
United States Magistrate Judge