```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>     v.                          )<br>                                 )<br> JAMAL KAREEM WARREN,            )<br> MARIO LONDELL BOYD, and         )<br> ASHLEY NICOLE EVON,             )<br>                                 )<br>            Defendants.          )<br>                                 )<br>_____) | CR. NO. S-10-424 WBS<br><br>ORDER TO UNSEAL |

The Court hereby orders that the Indictment shall be unsealed.

DATED: October 4, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE