FILED
October 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>            Plaintiff,                          )<br>v.                                                      )<br>                                                          )<br>ASHLEY NICOLE EVON,                  )<br>                                                          )<br>            Defendant.                         ) | Case No. 2:10CR00424-WBS-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ASHLEY NICOLE EVON__ , Case No. __2:10CR00424-WBS-3__ , Charge __18USC § 1591(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of $_____

            __     Unsecured Appearance Bond

            __     Appearance Bond with 10% Deposit

            __     Appearance Bond with Surety

            __     Corporate Surety Bail Bond

    ✔     (Other)        __Pretrial Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 22, 2010__ at __2:00 pm__ .

                                                     By   /s/ Dale A. Drozd
                                                           Dale A. Drozd
                                                           United States Magistrate Judge

Copy 5 - Court