1   CANDACE A. FRY
    CA Bar No. 68910
2   2401 Capitol Avenue
    Sacramento, CA  95816
3   Telephone:  (916) 446-9322
    FAX:  (916) 446-0770
4
    Attorney for ASHLEY EVON,
5   Defendant

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   No. 2:10-cr-00424 WBS
                                        )
12              Plaintiff,              )   **STIPULATION AND ORDER MODIFYING**
                                        )   **CONDITIONS OF PRETRIAL RELEASE**
13        v.                            )
                                        )
14   ASHLEY NICOLE EVON,                )
                                        )
15              Defendant.              )
                                        )
16   _____   )

17

18        It is hereby stipulated and agreed by and between the parties hereto, through their

19   respective counsel, that the conditions of pretrial release imposed on defendant Ashley Evon on

20   October 22, 2010, by The Honorable Dale A. Drozd, United States Magistrate Judge, shall be

21   modified by adding the following, underlined language to special condition No. 11, as follows:

22        11.  You shall not associate or have verbal, written, telephonic or electronic
          communications with any person who is under the age of 18, with the exception of your
23        own child, except in the presence of another adult who is the parent or legal guardian of
          the minor.  In addition, you will be authorized to associate with your only minor sister and
24        the one minor cousin previously approved by Pretrial Services without the presence of
          their parents or legal guardians if one or both of your grandparents (third party
25        custodians) are present at all times.

26        This modification was approved by Pretrial Services upon receipt of written authorizations

27   from the parents of the above minor sister and cousin.  The parents were also informed of the

28                                          ///

                                           -1-

1  nature and circumstances of the pending charges against the defendant.  All other conditions of

2  release shall remain in effect.

3

4  Dated:  December 10, 2010                                    */s/ Candace A. Fry*

5                                                              CANDACE A. FRY, Attorney for
                                                             ASHLEY EVON, Defendant
6

7
   Dated: December 10, 2010                                   BENJAMIN WAGNER
8                                                             United States Attorney

9                                                    By   */s/ Candace A. Fry for*

10                                                           CAROLYN  K. DELANEY,
                                                            First Assistant United States Attorney
11
                                                            (Signed for Ms. Delaney with her
12                                                           prior authorization)

13

14

15                                          **O R D E R**

16

17           IT IS SO ORDERED.

18

19  Dated:  December 15, 2010

20

21                                                            /s/ Kendall J. Newman
22                                                           KENDALL J. NEWMAN
                                                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28