1  LAW OFFICES OF CHRIS COSCA
   Chris Cosca    CA SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   MARIO LONDELL BOYD
5

6                 **UNITED STATES DISTRICT COURT**

7            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

| 9  UNITED STATES OF AMERICA, | ) Case No.: 2:10-CR-424-WBS |
|---|---|
| 10         Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| 11     vs. | ) **ORDER TO CONTINUE STATUS CONFERENCE** |
| 12  JAMAL KAREEM WARREN, et al., | ) **DATE:   January 18, 2011** |
| 13         Defendants. | ) **TIME:   8:30 a.m.** <br> ) **JUDGE:  Hon. William B. Shubb** |

14

15                        **Stipulation**

16         The parties, through their undersigned counsel, stipulate that the status conference

17  scheduled for January 18, 2011 may be continued to March 7, 2011. Additional time is necessary

18  for counsel to review and analyze discovery, conduct investigation and fully assess potential

19  options in this matter. The parties also agree that time may be excluded from the speedy trial

20  calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h)

21  (7) (B) (iv) and Local Code T4.

22  ///

23  ///

24  ///

25

The parties have authorized Chris Cosca to sign this stipulation on their behalf.

DATED: January 12, 2011              by:     /s/ Chris Cosca
                                             Chris Cosca
                                             Attorney for Defendant
                                             MARIO LONDELL BOYD

DATED: January 12, 2011              by:     /s/ Chris Cosca for
                                             Candace Fry
                                             Attorney for Defendant
                                             ASHLEY NICOLE EVON

DATED: January 12, 2011              by:     /s/ Chris Cosca for
                                             Harris Taback and
                                             Frederick Remer
                                             Attorneys for Defendant
                                             JAMAL KAREEM WARREN

DATED: January 12, 2011              by:     /s/ Chris Cosca for
                                             Carolyn Delaney
                                             Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for January 18, 2011 is continued to March 7, 2011 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:  January 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE