```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR NO. S-10-424 WBS |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER RE STATUS CONFERENCE |
| ) | |
| JAMAL KAREEM WARREN, ) | |
| MARIO LONDELL BOYD, and ) | |
| ASHLEY NICOLE EVON, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendants and their counsel, that the status conference currently scheduled for Monday, March 7, 2011, should be vacated; and a further status conference should be scheduled for Monday, April 18, 2011.

   It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to April 18, 2011, under Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), for continuity of counsel and defense preparation.  The parties respectfully

1

represent that they are still attempting to resolve various discovery issues, and that they need additional time to review the new discovery and prepare for trial.  The Court specifically finds that the a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: March 1, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        U.S. Attorney

                                        /s/ Carolyn K. Delaney

                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney

Dated: March 1, 2011                    /s/ Harris Taback

                                        HARRIS TABACK
                                        Attorney for Jamal Warren

Dated: March 1, 2011                    /s/ Chris Cosca

                                        CHRIS COSCA
                                        Attorney for Mario Boyd

Dated: March 1, 2011                    /s/ Candace Fry

                                        CANDACE FRY
                                        Attorney for Ashley Evon

2

## ORDER

**IT IS HEREBY ORDERED:** That the status conference set for March 7, 2011 is VACATED; and a further status conference for April 18, 2011 at 8:30 AM is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and April 18, 2011, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), to give the defendants time to adequately prepare and in the interests of justice. The Court specifically finds that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: March 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE