LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MARIO LONDELL BOYD

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>JAMAL KAREEM WARREN, et al.,<br><br>           Defendants. | Case No.: 2:10-CR-424-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE**<br><br>**DATE:**  April 18, 2011<br>**TIME:**   8:30 a.m.<br>**JUDGE:**  Hon. William B. Shubb |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for April 18, 2011 may be continued to June 13, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and fully assess potential options in this matter. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h)(7) (B) (iv) and Local Code T4.

///

///

///

- 1 -

The parties have authorized Chris Cosca to sign this stipulation on their behalf.

DATED: April 13, 2011                           by:     /s/ Chris Cosca
                                                        Chris Cosca
                                                        Attorney for Defendant
                                                        MARIO LONDELL BOYD

DATED: April 13, 2011                           by:     /s/ Chris Cosca for
                                                        Candace Fry
                                                        Attorney for Defendant
                                                        ASHLEY NICOLE EVON

DATED: April 13, 2011                           by:     /s/ Chris Cosca for
                                                        Harris Taback and
                                                        Frederick Remer
                                                        Attorneys for Defendant
                                                        JAMAL KAREEM WARREN

DATED: January 12, 2011                         by:     /s/ Chris Cosca for
                                                        Carolyn Delaney
                                                        Assistant U. S. Attorney

### Order

Good cause appearing,

The status conference scheduled for April 18, 2011 is continued to June 13, 2011 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:   April 14, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE