```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) | CR NO. S-10-424 WBS |
| Plaintiff, )<br>) | |
| v. )<br>) | STIPULATION AND [~~PROPOSED~~]<br>ORDER RE STATUS CONFERENCE |
| JAMAL KAREEM WARREN and )<br>ASHLEY NICOLE EVON, )<br>) | |
| Defendants. )<br>) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendants and their counsel, that the status conference currently scheduled for Monday, June 13, 2011, should be vacated; and a further status conference should be scheduled for Monday, July 11, 2011.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to July 11, 2011, under Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), for continuity of counsel and defense preparation. The parties respectfully represent that they are still attempting to resolve various

1

1 discovery issues, and that they need additional time to review the
2 new discovery and prepare for trial.[1]  The Court specifically
3 finds that the a continuance is necessary to give the defendants
4 reasonable time to prepare for trial in this matter.  The Court
5 finds that the ends of justice served by granting a continuance
6 outweigh the best interest of the public and defendants in a
7 speedy trial.

9 Dated: June 8, 2011                    Respectfully submitted,
10                                         BENJAMIN B. WAGNER
                                        U.S. Attorney
11
                                        /s/ Carolyn K. Delaney
12
                                        CAROLYN K. DELANEY
13                                      Assistant U.S. Attorney

14 Dated: June 8, 2011                   /s/ Harris Taback
15
                                        HARRIS TABACK
16                                      Attorney for Jamal Warren

17 Dated: June 8, 2011                   /s/ Candace Fry
18
                                        CANDACE FRY
19                                      Attorney for Ashley Evon

---

[1] Specifically, there are phone records and text messages the defense has requested that the government retrieve from the cell phones seized in this investigation.  The government is currently attempting to obtain the information and provide to the defense for review.

2

## ORDER

**IT IS HEREBY ORDERED:** That the status conference set for June 13, 2011 is VACATED; and a further status conference for July 11, 2011 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and July 11, 2011, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), to give the defendants time to adequately prepare and in the interests of justice. The Court specifically finds that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: June 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3